# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

DANECIA EDWARDS,

    Plaintiff,

v.                                    Case No. 2:20-cv- 02127-MSN-atc

SHELBY COUNTY, TENNESSEE,

    Defendant.

## JUDGMENT

**JUDGMENT BY COURT.** This action came before the Court on Plaintiff's Complaint (ECF No. 1), filed February 24, 2020,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the parties Joint Stipulation of Dismissal with Prejudice, filed January 10, 2022, (ECF No. 42), and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) permitting dismissal with prejudice without a court order, settling this matter between the parties and dismissing all claims against Defendant with prejudice, all claims against Defendant are hereby **DISMISSED WITH PREJUDICE**.

APPROVED: *s/ Mark S. Norris*
                  MARK S. NORRIS
                  UNITED STATES DISTRICT JUDGE

DATE:     January 10, 2022